# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY M. BASSETT, individually and as heir of JAMES M. BASSETT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT BUREAU SERVICES, INC. and C.J. TIGHE,<br><br>Defendants. | Case No. 8:16-cv-00449-JFB-SMB<br><br>**AMENDED ORDER STAYING NOTICE DEADLINES AND SETTING SETTLEMENT CONFERENCE DEADLINES** |

This matter is before the Court in preparation for a settlement conference. Appearing via telephone were Pamela Car and William Reinbrecht for Plaintiff and Joshua Dickinson and Shilee Mullin for Defendants. The parties have requested that certain notice deadlines be stayed pending the parties' pursuit of settlement and that deadlines related to the settlement conference be set. The Court finds that the parties' requests are well founded.

IT IS ORDERED that the following deadlines are **stayed until further Order**: June 12, 2019 deadline for Plaintiff to send class notice and August 12, 2019 deadline for class members to opt out or intervene.

IT IS FURTHER ORDERED:

1. A settlement conference will be conducted by the Undersigned Magistrate Judge on July 11, 2019 at 9:00 a.m.

2. The parties agree that 3,663 members are in the class and all members are in both classes for settlement conference purposes only.

3. Defendants shall provide to Plaintiff agreed upon updated financial materials on or before **June 21, 2019**. The "agreed upon updated financial materials" includes: Defendants' 2017 federal income tax returns and 2018 requests for extension of federal income tax returns; balance

1

sheet and income statement for Defendant Credit Bureau Services, Inc. for the month ending May 31, 2019; a personal financial statement for the month ending May 31, 2019 for Ms. Tighe; monthly bank statements for the month ending May 31, 2019, if monthly statements are provided by the bank, for Defendants and for any businesses that Ms. Tighe has an ownership interest.

4. Plaintiff will provide an opening demand to Defendants on or before **June 28, 2019**, contingent on the listed items above being timely produced, or within 7 days of receipt of the last of said items.

5. Defendants shall respond to Plaintiff's opening demand on or before **July 8, 2019**.

6. On or before **July 9, 2019**, either party may notify the Court of their request to cancel the settlement conference.

DATED this 14th day of June, 2019.

BY THE COURT:

*Susan M Bazis*
Susan M. Bazis
United States Magistrate Judge

OM 525560.1
OM 527438.1