IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KELLY M. BASSETT, individually and as heir of JAMES M. BASSETT, on behalf of herself and all other similarly situated;

Plaintiff,

vs.

CREDIT BUREAU SERVICES, INC., and C. J. TIGHE,

Defendants.

8:16CV449

**ORDER**

This matter is before the Court on its own motion. In view of the imminent trial of this action,

IT IS HEREBY ORDERED that the parties shall file responsive briefs to all pending motions in limine (Filing Nos. 158, 160, 162, 164, 166, 168, and 171) on or before Tuesday, June 1, 2021.

Dated this 25th day of May 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge