IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2021 JUN 17 PM 5: 03

OFFICE OF THE CLERK

| | |
|---|---|
| KELLY M. BASSETT, individually and as heir of JAMES M. BASSETT, on behalf of herself and all other similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>CREDIT BUREAU SERVICES, INC. and C.J. TIGHE,<br><br>                Defendant. | **8:16CV449**<br><br>**VERDICT** |

1. On the plaintiff's claim for false, deceptive, or misleading representations against defendant Credit Bureau Services, as instructed in Instruction No. 17A, we the jury, find in favor of

    \_\_\_\_ the plaintiff, Kelly M. Bassett

    _X_ the defendant, Credit Bureau Services, Inc.

2. On the plaintiff's claim for false, deceptive, or misleading representations against defendant Credit Bureau Services, as instructed in Instruction No. 17A, we the jury, find in favor of

    \_\_\_\_ the plaintiff, James M. Bassett

    _X_ the defendant, Credit Bureau Services, Inc.

3. On the plaintiff's claim for false, deceptive, or misleading representations against defendant C.J. Tighe, as instructed in Instruction No. 17A, we the jury, find in favor of

    \_\_\_\_ the plaintiff, Kelly M. Bassett

    _X_ the defendant, C. J. Tighe

4. On the plaintiff's claim for false, deceptive, or misleading representations against defendant C.J. Tighe, as instructed in Instruction No. 17A, we the jury, find in favor of

\_\_\_\_ the plaintiff, James M. Bassett

_X_ the defendant, C. J. Tighe

5. On the plaintiff's claim for insufficient notice/validation against defendant Credit Bureau Services, as instructed in Instruction No. 20A, we the jury, find in favor of

\_\_\_\_ the plaintiff, Kelly M. Bassett

_X_ the defendant, Credit Bureau Services, Inc.

6. On the plaintiff's claim for insufficient notice/validation against defendant Credit Bureau Services, as instructed in Instruction No. 20A, we the jury, find in favor of

\_\_\_\_ the plaintiff, James M. Bassett

_X_ the defendant, Credit Bureau Services, Inc.

7. On the plaintiff's claim for insufficient notice/validation against defendant C.J. Tighe, as instructed in Instruction No. 20A, we the jury, find in favor of

\_\_\_\_ the plaintiff, Kelly M. Bassett

_X_ the defendant, C. J. Tighe

8. On the plaintiff's claim for insufficient notice/validation against defendant C.J. Tighe, as instructed in Instruction No. 20A, we the jury, find in favor of

\_\_\_\_ the plaintiff, James M. Bassett

_X_ the defendant, C. J. Tighe

9. If you find in favor of the defendants on all of the above claims, you may sign and date this form. Your deliberations are at an end.

If you find in favor of the plaintiff on any of the above claims against either defendant, answer the following

- We assess statutory damages against defendant(s) in the amount of $ _____ for plaintiff Kelly Bassett, as instructed in Instruction No. 29 [damages instruction]

    Note: write an amount between $1.00 and $1,000.00

- We assess statutory damages against defendant(s) in the amount of $ _____ for plaintiff's decedent, James Bassett, as instructed in Instruction No. 29 [damages instruction]

    Note: write an amount between $1.00 and $1,000.00

10. If you find in favor of the plaintiff on her claim on behalf of the class for false, deceptive, or misleading representations, answer the following, as instructed on Instruction No. 30:

- We assess statutory damages for the class in the amount of $ _____ against defendant Credit Bureau Services

    Note: write in an amount between $1.00 and $11,000.00

- We assess statutory damages for the class in the amount of $ _____ against defendant C.J. Tighe

    Note: write in an amount between $1.00 and $39,000.00

DATED this ___ day of June 2021.

_____
Foreperson signature

3