IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY M. BASSETT, individually and as heir of James M. Bassett, on behalf of herself and all other similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT BUREAU SERVICES, INC., and C. J. TIGHE,<br><br>Defendants. | **8:16CV449**<br><br>**ORDER** |

This matter is before the Court on its own motion. The Court of Appeals for the Eighth Circuit has vacated, for lack of Article III standing, this Court's order granting judgment as a matter of law to the plaintiff and the class. *Bassett v. Credit Bureau*, Nos. 21-2864 and 22-1206 (8th Cir. Feb. 24, 2023); Filing No. 265. The mandate has now issued. Filing No. 267, Mandate (D. Neb. March 24, 2023). Accordingly, this action is dismissed for lack of jurisdiction.

Dated this 29th day of March, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge