IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KELLY M. BASSETT, | ) | Case No.   8:16CV449 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| CREDIT BUREAU SERVICES, INC. and C. J. TIGHE, | ) | |
| Defendants. | ) | |

Counsel for the defendants notified the court on June 6, 2024, that counsel wishes the following exhibits held by the court in this matter to be destroyed.

Defendants' Trial Exhibits from Jury Trial held June 15-17, 2021

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   June 6, 2024

BY THE COURT

s/ Joseph F. Bataillon
United States District Judge

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379